No. 1526, Misc.   WINKER *v.* BURKE, WARDEN.   Sup. Ct. Wis.   Certiorari denied.

No. 1528, Misc.   BURNS *v.* NEW YORK.   Ct. App. N. Y. Certiorari denied. *George H. Rosen* for petitioner. *Robert C. Williams* for respondent.

No. 1533, Misc.   WALTZ *v.* PORT, U. S. DISTRICT JUDGE, ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 1566, Misc.   TAYLOR *v.* COMSTOCK, CONSERVATION CENTER SUPERINTENDENT.   C. A. 9th Cir.   Certiorari denied.

No. 1575, Misc.   CARR *v.* RUSSELL, WARDEN.   C. A. 6th Cir.   Certiorari denied.

No. 1702, Misc.   SPEERS ET AL. *v.* UNITED STATES. C. A. 10th Cir.   Certiorari denied.

No. 1044, Misc.   HART *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied. *Mercer D. Tate* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

MR. JUSTICE DOUGLAS, dissenting.

In 1962 when petitioner was classified by his Local Board pursuant to the Universal Military Training and Service Act of 1948, 62 Stat. 604 (now the Military Service Act of 1967), as amended, 81 Stat. 100, 50 U. S. C. App. § 451 *et seq.* (1964 ed., Supp. III), he